**Daniel HOFMANN, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2006–3403.

United States Court of Appeals, Federal Circuit.

Nov. 28, 2006.

ON MOTION

*ORDER*

Upon consideration of Daniel Hofmann's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Thomas E. SCHERER, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7310.

United States Court of Appeals, Federal Circuit.

Nov. 28, 2006.

Thomas E. Scherer, pro se.

*ORDER*

On November 8, 2006 the court ordered Thomas E. Scherer ("Scherer") to file a brief within 14 days or his appeal would be dismissed. Scherer has failed to comply with that order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.